IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMATEUR SOFTBALL ASSOCIATION OF AMERICA, INC., and RAWLINGS SPORTING GOODS COMPANY, INC., d/b/a MIKEN SPORTS, L.L.C., and WORTH INC., <br><br> Plaintiffs, <br><br> vs. <br><br> RONNIE DOOLEY, REX WRIGHT, and DONTAYE EDWARDS a/k/a HYE SUK EDWARDS, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) )   Case Number CIV-08-392-C ) ) ) ) ) ) |

**MEMORANDUM OPINION AND ORDER**

Plaintiffs filed this action alleging various violations of the Lanham Act, the Oklahoma Deceptive Trade Practices Act, and Oklahoma common law. On March 4, 2009, the Court entered default judgment in favor of Plaintiffs and against Defendant Ronnie Dooley. In that Order, the Court determined Plaintiffs were entitled to recover their attorneys' fees pursuant to 15 U.S.C. § 1117(a). Plaintiffs timely filed a Motion for Attorneys' Fees that is now before the Court for disposition.

Accompanying Plaintiffs' motion is the affidavit of Lawrence F. Grable which sets forth the hourly rates for the personnel involved in prosecuting the case, as well as the hours expended by each person. Also attached to the affidavit are copies of the billing slips sent to Plaintiffs in this matter from counsel. After review of these materials and the documents

contained in the Court file, the Court finds the attorneys' fees requested by Plaintiffs are reasonable. The time expended was appropriate for the work performed and the hourly rates charged by counsel are comparable to those charged by lawyers of comparable skill and experience practicing in this area. Further, Plaintiffs' reductions when the work done could be attributed to more than one Defendant was appropriate. Accordingly, the Court finds Plaintiffs are entitled to recover attorneys' fees in the amount of $4,199.85 from Defendant Dooley.

For the reasons set forth herein, Plaintiffs' Motion for Attorneys' Fees (Dkt. No. 32) is GRANTED. Plaintiffs may recover attorneys' fees in the amount of $4,199.85 from Defendant Dooley.

IT IS SO ORDERED this 1st day of April, 2009.

ROBIN J. CAUTHRON
United States District Judge